Original

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUL 30 2018 ★

LONG ISLAND OFFICE

CIVIL RIGHTS COMPLAINT
42 U.S.C. § 1983

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------x

Daniel Mallahan 469787
Full name of plaintiff/prisoner ID#

Plaintiff,

-against-

Suffolk County
Sheriff's office
Corrections Dept. — Adress
Enter full names of defendants
[Make sure those listed above are
identical to those listed in Part III.]

Defendants.
-------------------------------------x

CV-18 4316

JURY DEMAND
YES ✓   NO ____

SEYBERT, J.

BROWN, M. J.

RECEIVED
JUL 30 2018
EDNY PRO SE OFFICE

I.  Previous Lawsuits:

   A.  Have you begun other lawsuits in state or federal court
       dealing with the same facts involved in this action or
       otherwise relating to your imprisonment? Yes ( ) No (✗)

   B.  If your answer to A is yes, describe each lawsuit in the space below
       (If there is more than one lawsuit, describe the additional lawsuits
       on another piece of paper, using the same outline.)

       1. Parties to this previous lawsuit

          Plaintiffs: _____
                      _____

          Defendants: _____
                      _____

       2. Court (if federal court, name the district;
          if state court, name the county)
          _____

       3. Docket Number: _____

1

       4. Name of the Judge to whom case was assigned: _____

5. Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition: _____

II. Place of Present Confinement _____

  A. Is there a prisoner grievance procedure in this institution? Yes (✓) No ( )

  B. Did you present the facts relating to your complaint in the prisoner grievance procedure? Yes ( ) No (✓)

  C. If your answer is YES,

    1. What steps did you take? _____

    2. What was the result? _____

  D. If your answer is NO, explain why not I have already encountered retaliation. I am afraid for my safety.

  E. If there is no prison grievance procedure in the institution, did you complain to prison authorities? Yes (✓) No ( )

  F. If your answer is YES,

    1. What steps did you take? I informed internal affairs, got taken to hospital and had investigation opened.

    2. What was the result? Still pending

2

III. Parties:

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff **Daniel Mallahan**
Address **110 Center Dr, Riverhead, NY 11901**

(In item B below, place the full name and address of each defendant)

B. List all defendants' names and the addresses at which each defendant may be served. Plaintiff must provide the address for each defendant named.

Defendant No. 1  **Suffolk County Sheriff's office**
**110 Center Dr**
**Riverhead, NY 11901**

Defendant No. 2  **Suffolk County Correctional facility**
**110 Center Dr**
**Riverhead, NY 11901**

Defendant No. 3

Defendant No. 4

Defendant No. 5

[Make sure that the defendants listed above are identical to those listed in the caption on page 1].

3

IV. Statement of Claim:

(State briefly and concisely, the facts of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need not give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

(DM) On June 19, 2018 @ approximately 5:00 pm, I Daniel Mahahan was ~~fingered~~ pointed out by another inmate as having contraband. I was brought to a "sergeant's office" away from cameras to be strip searched. When bending at the waist to spread my buttocks one of the 3 staff members, (one being a SERT Correction officer, and two being investigator's), told me he saw a small plastic piece hanging out of my rectum. Officer investigator 1 and SERT threw me to the ground and I refused to pull it up out of my rectum → cont

IV.A    If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

I received a serious contusion to my right hand. The sexual assault resulted in a painful tear to my anus that caused bleeding, pain meds and special treatment for two weeks. I was treated at Peconic Bay Medical Center in Riverhead, NY.

Extra Page 1

Continued from Packet

Upon my refusal Investigator #2 smashed my right hand with a metal baton. This caused severe swelling and painful injury. Pictures were taken by internal affairs. At this point all 3 officers held me down and investigator #1 inserted a finger about 2-3 inches into my rectum and scooped roughly to manually and forcefully pulled a bag containing a small amount of cocaine out of my rectum. Upon an evaluation by a sexual assault nurse examiner there was a tear IN my anus caused by this. ~~I have filed a notice of intent and civil rights claim. I did not allow these officers to perform a cavity search.~~ The aforementioned assault is illegal and a criminal case in Suffolk County Police Department has been filed CC # 18-363 DM

End of Statement

Daul Mull[signature]

State of N.Y.
County of Suffolk
Sworn to (or affirmed) and subscribed before me this 19 day of July, 2018 by
Notary Public's Signature
My Commission Expires on
Notary Name

STEVEN JULIUS POTTER
Notary Public, State of New York
No. 01PO6257704
Qualified in Suffolk County
Commission Expires 03/15/20

V. Relief:

State what relief you are seeking if you prevail on your complaint.

Pain and Suffering Compensation in the amount of $200,000.00 – Two Hundred Thousand Dollars.

I declare under penalty of perjury that on _____ , I delivered this
(Date)
complaint to prison authorities to be mailed to the United States District Court for the Eastern District of New York.

Signed this 19th day of May, 2018. I declare under penalty of perjury that the foregoing is true and correct.

STEVEN JULIUS POTTER
Notary Public, State of New York
No. 01PO6257704
Qualified in Suffolk County
Commission Expires 03/19/20

Signature of Plaintiff

Name of Prison Facility

STATE OF NY
COUNTY OF SUFFOLK

Sworn to (or affirmed) and subscribed before me this 19 day of May, 2018, by _____

Notary Public's Signature
My Commission Expires on _____

Notary Name

Address

Prisoner ID#

5